IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KHALID MOHAMMAD,

    Plaintiff,

v.                                         CIV 14-0375 KG/RHS

TARGET, *et al.*,

    Defendants.

## FINAL ORDER

    Pursuant to FED. R. CIV. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED.**

_____
**UNITED STATES DISTRICT JUDGE**